# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL L. ALDEN, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL NO. 08-676-GPM |
| UNITED STATES OF AMERICA, | ) ) Criminal Case No. 04-40043-01-GPM |
| Respondent. | ) ) ) |

# ORDER OF DISMISSAL

**MURPHY, District Judge:**

The Court was informed today by the Warden at the Federal Medical Center in Rochester, Minnesota, that Petitioner, Michael L. Alden, died on March 7, 2009 (see attached correspondence). Petitioner's death extinguishes his claim for relief under 28 U.S.C. § 2255. Accordingly, this action is **DISMISSED with prejudice**. The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: 3/19/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge